UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW J. EGRI
EDWARD MUNSTER
NEIGHBORS OPPOSED TO
RESIDENTIAL ATOMIC DUMPS : 3:02 CV 400 (AHN)

v.

CONNECTICUT YANKEE ATOMIC
POWER COMPANY
TOWN OF HADDAM BOARD
OF SELECTMEN
ALAN PASKEWICH, In His Official
Capacity as Town of Haddam Building
Official : DECEMBER 23, 2003

## INDEX TO RECORD ON APPEAL

| | |
|---|---|
| Notice of Removal (3/5/02) | 1 |
| Order on Pretrial Deadlines (3/5/02) | 2 |
| Motion for Temporary Restraining Order (3/5/02) | 8 |
| Affidavit of John B. Nolan in Support of Temporary Restraining Order | 9 |
| Motion to Show Cause (3/5/02) | 10 |
| Notice of pending Motions in State Court (3/5/02) | 11 |
| Order to Show Cause (3/5/02) | 15 |
| Temporary Restraining Order (3/5/02) | 16 |
| Motion for Ten-Day Extension of Temporary Restraining Order (3/11/02) | 20 |
| Motion for Preliminary and Permanent Injunction (3/11/02) | 21 |
| Motion for Summary Judgment (3/11/02) | 22 |

Statement of Material Facts (3/11/02) 24

Answer and Affirmative Defenses to Complaint
And Counterclaim (3/11/02) 25

Motion for Protective Order (3/11/02) 27

Affidavit of Kenneth J. Heider (3/12/02) 19

Motion to Quash Subpoena (3/12/02) 26

Motion to Partially Quash Subpoena, Modify
Subpoenas (3/13/02) 28

Endorsement Granting Motion to Quash in
Part Subpoena, Motion to Modify Subpoena (3/13/02)

Motion for Reconsideration of Order (3/14/02) 30

Motion to Quash Subpoena (3/14/02) 32

Motion to Remand (3/15/02) 33

Motion to Withdraw First Amendment and Siting
Council Counts (3/15/02) 35

Order Denying Motion to Remand, Motions for
Protective Order (3/15/02)

Order Granting Motion for Permanent
Injunction (3/15/02) 37

Endorsement Denying Motion for Remand (3/18/02)

Motion to Adopt Motion for Summary Judgment and Motion
for Preliminary Injunction (3/19/02) 41

Endorsement Granting Motion to Withdraw First Amendment
And Siting Council Counts (3/19/02)

Amended Complaint 42

Endorsement Granting Motion to Adopt Motion for Summary
Judgment and Motion for preliminary Injunction (3/21/02)

Motion for Reconsideration (4/1/02) 43

| | |
|---|---|
| Motion for Summary Judgment (4/1/02) | 44 |
| Statement of Material Facts (4/1/02) | 47 |
| Affidavit of Edward F. Schwing (4/1/02) | 48 |
| Statement of Material Facts (4/4/02) | 52 |
| Motion for Oral Argument (4/8/02) | 54 |
| Endorsement Granting Motion for Summary Judgment (4/8/02) | |
| Motion to Strike Affidavit (4/18/02) | 55 |
| Statement of Material Facts (4/22/02) | 59 |
| Endorsement Denying Motion for Reconsideration (4/25/02) | |
| Objections to Motion to Strike (5/23/02) | 62 |
| Endorsement Granting Motion to Strike (5/24/02) | |
| Endorsement Denying Motion for Oral Argument (5/24/02) | |
| Motion for Contempt (6/14/02) | 63 |
| Motion for Immediate Status Conference (6/14/02) | 65 |
| Motion for Order to Show Cause (6/14/02) | 66 |
| Amended Motion for Contempt (6/19/02) | 67 |
| Ruling Granting Motion for Summary Judgment (6/20/02) | 70 |
| Endorsement Denying Motion for Summary Judgment (6/20/02) | |
| Judgment (6/26/02) | 72 |
| Notice of Appeal (6/27/02) | 74 |
| Amended Notice of Appeal (7/1/02) | 76 |

| | |
|---|---|
| Affidavit of Merrill J. Atkins (7/3/02) | 78 |
| Notice of Appeal (7/3/02) | 86 |
| Order of Contempt (7/9/02) | 80 |
| Emergency Motion Opposed to Stay (7/10/02) | 81 |
| Emergency Motion for Leave to File Statutory Appeal (7/11/02) | 83 |
| Objections to Motion for Contempt (7/15/02) | 87 |
| Response to Motion for Leave to File Statutory Appeal (7/15/02) | 89 |
| Endorsement Denying Motion for Leave to File Statutory Appeal (7/22/02) | |
| Endorsement Denying Motion to Stay (7/22/02) | |
| Order re: Motion for Contempt Reasonable Attorney's Fees $171,546.80 (7/22/02) | |
| Motions for Stay, Reconsideration, Leave to File Statutory Appeal, Vacate Orders (7/23/02) | 91 |
| Order directing Attorney Burton to pay Connecticut Yankee reasonable fees and expenses in the Amount of $171,546.80 (7/24/02) | 95 |
| Endorsement Denying Motion for Stay, Reconsideration, Leave to File Statutory Appeal, Vacate Orders (7/29/02) | |
| Motion for Reconsideration, Leave to File Statutory Appeal (8/1/02) | 97 |
| Motion to Transfer (8/9/02) | 100 |
| Motion to File Declaratory Judgment Action (8/9/02) | 102 |
| Motion to File Declaratory Judgment Action (8/9/02) | 105 |
| Motion for Leave to File Connecticut State Law Application for Restraining Order (8/9/02) | 108 |

| | |
|---|---|
| Affidavit of Nancy Burton (8/16/02) | 111 |
| Notice of Appeal (8/21/02) | 113 |
| Response to Motions (8/30/02) | 114 |
| Response to Motion to Transfer (8/30/02) | 115 |
| Motion to Appear and Participate (9/9/02) | 116 |
| Endorsement Denying Motion to Appear and Participate (9/9/02) | |
| Motion to Adopt Response (9/9/02) | 118 |
| Endorsement Denying Motion to Transfer (9/10/02) | |
| Endorsement Granting Motion to Adopt (9/9/02) | |
| Endorsement Denying Motion for Reconsideration, Motion for Leave to File Statutory Appeal, Motion for Stay, Motion to Vacate Order (9/10/02) | |
| Ruling Denying Motion for Leave to File Connecticut State Law Application, Denying Motion for Leave to File Declaratory Judgment Action (9/13/02) | 119 |
| Motion to Stay All Pending Orders and to Stop Construction (9/25/02) | 120 |
| Endorsement Denying Motion to Stay All Pending Orders And to Stop Construction (10/21/02) | |
| Motion to Remand (11/15/02) | 123 |
| Supplemental Motion to Remand (11/19/02) | 125 |
| Endorsement Granting Motion to Remand (12/10/02) | |
| Emergency Motion by Connecticut Yankee for Accelerated Reconsideration of Order Dated 12/10/02 re: Motion to Remand to Superior Court | 126 |
| Motion for Reconsideration by Connecticut Yankee for Reconsideration of Order dated 12/10/02 re: Motion to | |

| | |
|---|---|
| Remand to Superior Court | 127 |
| Endorsement Granting Motion for Accelerated Reconsideration Of Order Dated 12/10/02 re: Motion to Remand to Superior Court (12/18/02) | |
| Endorsement Granting Motion for Reconsideration of Order Dated 12/10/02 re: Motion to Remand to Superior Court | |
| Plaintiffs' Objection to Connecticut Yankee Motion for Reconsideration | 129 |
| Opposition and Objection by Connecticut Yankee to Plaintiffs' Motion or Reconsideration | 133 |
| Endorsement Denying Plaintiffs' Motion for Reconsideration (1/21/03) | |
| Motion for Order to Show Cause (5/13/03) | 136 |
| Motion by Connecticut Yankee for Contempt (5/13/03) | 137 |
| Endorsement Granting Motion or Order to Show Cause (5/22/03) | |
| Order to Show Cause Issued re: Motion for Contempt (5/22/03) | 140 |
| Show Cause Hearing Held. Plaintiff Failed to Appear. Capias Issued. (6/2/03) | 141 |
| Capias for Nancy Burton Issued. Copies Handed to United States Marshals for service (6/2/03) | |
| Objections by Plaintiffs to Motion for Contempt (6/9/03) | 144 |
| Affidavit of David Warmsley (6/9/03) | 145 |
| Contempt Hearing Held (6/11/03) | 146 |
| Motion by Plaintiffs for Stay of Contempt Orders (6/12/03) | 147 |
| Ruling and Order Granting Motion for Contempt (7/1/03) | 151 |
| Motion by Plaintiffs for Reargument and to Vacate (7/8/03) | 152 |

Endorsement Denying Motion for Reargument and to Vacate (7/15/03)

Endorsement Denying Motion for Stay of Contempt Orders (7/15/03)

Reply by Plaintiffs to Response to Motion for Reargument (7/21/03) 155

Mandate of USCA Petition for Writ of Mandamus Denied Dated 7/24/03 (7/30/03) 156

Notice of Appeal (8/7/03) 157

**THE PLAINTIFFS**

By: [signature]

Nancy Burton, Esq.
147 Cross Highway
Redding Ridge CT 06876
Tel. 203-938-3952
Fed. Bar No. 10836

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on December 23, 2003 to the following via U.S. Mail, postage pre-paid:

John B. Nolan, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford CT 06103-3499

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford CT 06114

Bruno Morasutti, Esq.
Luby, Olson, Mango, Gaffney & DeFrances
405 Broad Street
Meriden CT 06450